1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10                                 **SACRAMENTO COURTHOUSE**

| | |
|---|---|
| 11  PAUL GALVEZ, an individual, | Case No. 2:07-cv-01562-LEW (EFB) |
| 12           Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM** |
| 13       v. | |
| 14  CARDINAL HEALTH, INC. and DOES 1-100, | **[LOCAL RULE 16-271]** |
| 15           Defendants. | Complaint Filed: June 29, 2007 |
| 16 | |
| 17 | Judge:     Hon. Ronald S.W. Lew<br>Trial Date: Not Set |

1  Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to
2  the Voluntary Dispute Resolution Program.
3  We hereby stipulate to the entry of the foregoing Order.
4  IT IS SO STIPULATED.

6  Dated: November 15, 2007   **WILSON PETTY KOSMO & TURNER LLP**

   By:   /s/
         FREDERICK W. KOSMO, JR.
         Attorneys for Defendant
         CARDINAL HEALTH 110 (erroneously sued
         herein as CARDINAL HEALTH, INC.)

11 Dated: November 15, 2007   **LAW OFFICE OF ROBERT A. CARICHOFF**

   By:   /s/
         Robert A. Carichoff
         Attorneys for Plaintiff

16  IT IS SO ORDERED.

18  Dated: _November 15, 2007

                                      /s/ Ronald S. W. Lew
                                      U.S. DISTRICT COURT JUDGE

-2-   Case No. 2:07-cv-01562-LEW (EFB)
STIPULATION AND [PROPOSED] ORDER TO ELECT REFERRAL OF ACTION

PDF created with pdfFactory trial version www.pdffactory.com