```
1  WILSON PETTY KOSMO & TURNER LLP
   FREDERICK W. KOSMO, JR. (138036)
2  LOIS M. KOSCH (131859)
   JESSICA A. CHASIN (214983)
3  550 West C Street, Suite 1050
   San Diego, California  92101
4  Telephone:  (619) 236-9600
   Facsimile:   (619) 236-9669
5  E-mail:  fkosmo@wpkt.com
   E-mail:  lkosch@wpkt.com
6  E-mail:  jchasin@wpkt.com
```

Attorneys for Defendant
CARDINAL HEALTH 110, INC., erroneously
sued herein as CARDINAL HEALTH, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### DIVISION

| | |
|---|---|
| PAUL GALVEZ, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>CARDINAL HEALTH, INC. and DOES 1-100,<br><br>        Defendants. | Case No. 2:07-cv-01562-JAM (EFB)<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL DATE AND RELATED DATES**<br><br>Complaint Filed:  June 29, 2007<br><br>Judge:      Hon. John A. Mendez |

Plaintiff Paul Galvez and Defendant Cardinal Health, Inc. (collectively the "Parties"), by and through their respective undersigned counsels of record, hereby stipulate and agree as follows:

**RECITALS**

1. At a scheduling conference in this matter, the Court initially set a discovery cutoff date of July 31, 2008, a deadline of August 22, 2008 to designate expert witnesses, and a motions deadline of September 5, 2008.  The Court also set a Final Pretrial Conference in this case for October 24, 2008.

2. Despite their diligent efforts, the Parties recognize and agree that they will not be able to complete discovery in this matter by July 31, 2008, and anticipate needing an additional two months.

-1-   Case No. 2:07-cv-01562-JAM (EFB)

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL DATE AND
RELATED DATES

PDF created with pdfFactory trial version www.pdffactory.com

3. Based on the necessity for additional time to complete discovery, the Parties also anticipate requiring a continuation of the deadlines set for the designation of expert witnesses and for the filing of motions, as well as the date set for the Final Pretrial Conference and Trial Date in this matter.

**STIPULATION**

Now therefore, the Parties, by and through their respective undersigned counsels of record, hereby stipulate and agree as follows:

1. The discovery cutoff in this matter shall be September 30, 2008.
2. The designation of expert witnesses in this matter shall be due by October 31, 2008.
3. The deadline for filing dispositive motions in this matter shall be November 19, 2008.
4. The deadline for a hearing on dispositive motions in this matter shall be December 17, 2008, at 9:00 a.m.
5. The final pretrial conference in this matter shall be at 2:00 p.m. on January 30, 2009.
6. The trial in this matter shall begin on March 9, 2009 at 8:30 a.m.

IT IS SO STIPULATED.

Dated:   July ___, 2008          **LAW OFFICE OF ROBERT A. CARICHOFF**

By:   _____
      ROBERT A. CARICHOFF
      Attorneys for Plaintiff

Dated:   July ___, 2008          **WILSON PETTY KOSMO & TURNER LLP**

By:   _____
      FREDERICK W. KOSMO, JR.
      LOIS M. KOSCH
      JESSICA A. CHASIN
      Attorneys for Defendant
      CARDINAL HEALTH 110, INC., erroneously
      sued herein as CARDINAL HEALTH, INC.

-2-          Case No. 2:07-cv-01562-JAM (EFB)
STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL DATE AND RELATED DATES

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

For good cause showing, it is ordered that the discovery cutoff in this matter shall be September 30, 2008, the designation of expert witnesses in this matter shall be due by October 31, 2008, the deadline for filing dispositive motions in this matter shall be November 19, 2008, the deadline for a hearing on dispositive motions in this matter shall be December 17, 2008, at 9:00 a.m., the final pretrial conference in this matter shall be at 2:00 p.m. on January 30, 2009, and the trial in this matter shall begin on March 9, 2009.

IT IS SO ORDERED.

Dated: July 24, 2008

/s/ John A. Mendez\
Hon. John A. Mendez\
United States District Judge

-3-   Case No. 2:07-cv-01562-JAM (EFB)

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL DATE AND RELATED DATES

PDF created with pdfFactory trial version www.pdffactory.com